**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

Appellant's unopposed motion for extension of time in which to file a reply brief is

**GRANTED**. Appellant's reply brief is due on or before **October 30, 2014.**


/s/     ELIZABETH LANG-MIERS
         PRESIDING JUSTICE